428 A.2d 1338

**COMMONWEALTH of Pennsylvania**

v.

**Dante PANICHI, Appellant.**

Supreme Court of Pennsylvania.

Argued April 24, 1981.

Decided May 11, 1981.

William T. Cannon, Philadelphia, for appellant.

Robert B. Lawler and Paul Diamond, Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

The judgment of sentence of the Court of Common Pleas of Philadelphia is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.